# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 25-1169        **Short Title:** Doe v. Trump

**Type of Action**

- [✔] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 2/13/25
  2. Date this notice of appeal filed 2/19/25
     If cross appeal, date first notice of appeal filed ___
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) n/a
  4. Date of entry of order deciding above post-judgment motion n/a
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) n/a
     Time extended to ___

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✔] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [✔] No
        If yes, explain ___
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✔] Yes  [ ] No
        If yes, explain Preliminary injunction appealable under 28 U.S.C. 1292(a)(1)

C. Has this case previously been appealed?  [ ] Yes  [✔] No
   If yes, give the case name, docket number and disposition of each prior appeal
   ___

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✔] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party___See Attached_____
      Attorney_____
      Address_____
      Telephone_____

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name___See Attached_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   2. Appellant's name_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes   ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Derek Weiss
Date  03.03.25

**Additional Responses – Part D. Related Cases**

*In this Court:*

- *New Jersey v. Trump*, No. 25-1170
- *New Jersey v. Trump*, No. 25-1158 (appeal by nonparty)
- *New Jersey v. Trump*, No. 25-1200 (appeal by nonparty)

*In First Circuit district courts, excluding this case and the related cases above:*

- *New Hampshire Indonesian Community Support v. Trump*, D.N.H. No. 25-cv-38

**Additional Responses – Part F. Adverse Parties**

*Parties:*

- O. Doe
- Brazilian Worker Center, Inc.
- La Colaborativa

*Counsel:*

| | |
|---|---|
| Oren Sellstrom | osellstrom@lawyersforcivilrights.org |
| Iván Espinoza-Madrigal | iespinoza@lawyersforcivilrights.org |
| Jacob Love | jlove@lawyersforcivilrights.org |
| Mirian Albert | malbert@lawyersforcivilrights.org |

Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145

**Additional Responses – Part G. Appellants**

*Parties:*

- Donald J. Trump, *in his official capacity as President of the United States*
- United States of America
- U.S. Department of State
- U.S. Social Security Administration
- Marco Rubio, *in his official capacity as Secretary of State*
- Leland Dudak, *in his official capacity as Acting Commissioner of Social Security*

*Counsel:*

| | | |
|---|---|---|
| Eric Dean McArthur | Eric.McArthur@usdoj.gov | (202) 557-0128 |
| Mark R. Freeman | Mark.Freeman2@usdoj.gov | (202) 514-5714 |
| Sharon Swingle | Sharon.Swingle@usdoj.gov | (202) 598-1121 |
| Brad Hinshelwood | Bradley.A.Hinshelwood@usdoj.gov | (202) 514-7823 |
| Derek Weiss | Derek.L.Weiss@usdoj.gov | (202) 616-5365 |

Mailing address:
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., NW
   Room 7325
   Washington, DC 20530

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Derek Weiss*
Derek Weiss