# United States Court of Appeals
## For the First Circuit
_____

### NOTICE OF APPEARANCE

**No.** 25-1169          **Short Title:** Doe v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Members of Congress _____ as the

[  ] appellant(s)          [  ] appellee(s)          [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

/s/ R. Trent McCotter _____          04/28/2025 _____
Signature                                                  Date

R. Trent McCotter _____
Name

Boyden Gray PLLC _____          202-706-5488 _____
Firm Name (if applicable)                          Telephone Number

800 Connecticut Ave. NW, Suite 900 ___          _____
Address                                                    Fax Number

Washington DC 20006 _____          tmccotter@boydengray.com ___
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: 1197232 ___

Has this case or any related case previously been on appeal?

[  ] No          [✔] Yes   Court of Appeals No. 25-1158, 25-1170 _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).