# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1169     Short Title: Doe, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Former National Security Official Joshua Steinman                                                      as the

[ ] appellant(s)           [ ] appellee(s)           [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Judd E. Stone II                                    April 28, 2025
Signature                                               Date

Judd E. Stone II
Name

Stone Hilton PLLC                                       737-465-3897
Firm Name (if applicable)                               Telephone Number

600 Congress Ave., Suite 2350
Address                                                 Fax Number

Austin, TX  78701                                       judd@stonehilton.com
City, State, Zip Code                                   Email (required)

Court of Appeals Bar Number:  1215876

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes     Court of Appeals No. 25-1158, 25-1170, and 25-1200

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**.  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**.  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).