# United States Court of Appeals
## For the First Circuit

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,

Defendants - Appellants.

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

---

## ORDER OF COURT

Entered: April 29, 2025
Pursuant to 1st Cir. R. 27.0(d)

On April 22, 2025, Members of Congress filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **May 6, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mirian Albert, Gerard J. Cedrone, Jared B. Cohen, Cody C. Coll, Colleen Connors, Pietro Alfredo Conte, Ari Cuenin, Shankar Duraiswamy, Iván E. Espinoza-Madrigal, Jeremy Feigenbaum, Kalikoʻonālani Diara Fernandes, Leah Belaire Foley, Mark R. Freeman, Abraham R. George, Leonard Giarrano IV, Neil Giovanatti, Jeremy Girton, James Grayson, Matthew William Grieco, Viviana Maria Hanley, Toni L. Harris, Whitney D. Hermandorfer, Bradley Hinshelwood, Leonard W. Houston, Christopher David Hu, Gabe Johnson-Karp, Melvin Jones Jr., Vanessa L. Kassab, John C. Keller, Adam D. Kirschner, Thomas A. Knowlton, Denise Yesenia Levey, Donald Campbell Lockhart, Lorraine López, David Scott Louk, Jacob Love, Sean D. Magenis, Marissa Malouff, Mark Marvin, Eric Dean McArthur, R. Trent McCotter, Ryan P. McLane, Janelle Medeiros, Jonathan Benjamin Miller, Jeremiah Morgan, Daniel Paul Mosteller, Ester Murdukhayeva, Michael Louis Newman, William J. Olson, James Matthew Rice, Jonathan T. Rose, Katherine Connolly Sadeck, Oren McCleary Sellstrom, Stephanie M. Service, Brett Allen Shumate, Heidi Parry Stern, Shannon Wells Stevenson, Judd E. Stone II, Sharon Swingle, William M. Tong, Delbert Tran, Irina Trasovan, Caroline S. Van Zile, George W. Vien, Elizabeth R. Walsh, Derek Weiss, Annabelle Cathryn Wilmott, Rubin Young, Matt A. Crapo