**Nos. 25-1169, 25-1170**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

———————————

O. DOE, et al.,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP,
in their official capacity as President of the United States, et al.,

*Defendants-Appellants*.

———————————

STATE OF NEW JERSEY, et al,

*Plaintiffs-Appellees*,

v.

DONALD J. TRUMP,
in their official capacity as President of the United States, et al.,

*Defendants-Appellants*.

———————————

On Appeal from the United States District Court
for the District of Massachusetts

———————————

**MOTION FOR LEAVE TO FILE BRIEF BY
SERVICE EMPLOYEES INTERNATIONAL UNION,
AMERICAN FEDERATION OF TEACHERS, AMERICAN
FEDERATION OF STATE, COUNTY AND MUNICIPAL
EMPLOYEES, COMMUNICATIONS WORKERS OF
AMERICA, NATIONAL EDUCATION ASSOCIATION,
UNITED FARM WORKERS OF AMERICA, AND UNITED FOOD
AND COMMERCIAL WORKERS INTERNATIONAL UNION
AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS**

———————————

Counsel Listed on Inside Cover

Steven K. Ury
Elena Medina
Deborah L. Smith
Mac McMechan
Service Employees International Union
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 730-7466

*Attorneys for Amicus Curiae SEIU*

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

The Service Employees International Union ("SEIU") respectfully moves for leave to file the accompanying amicus curiae brief in support of Plaintiffs-Appellees, State of New Jersey, et al. Attorneys sought consent from the parties to file this brief. The parties do not oppose this motion.

*Amici curiae* are labor organizations whose members and their families would be impacted by this case. *Amici* include Service Employees International Union, American Federation of Teachers, American Federation of State, County and Municipal Employees, AFL-CIO, Communications Workers of America, National Education Association, United Farm Workers of America, and United Food and Commercial Workers International Union.

The brief complies with Federal Rule of Appellate Procedure 29(a)(5) because it contains fewer than 6,500 words – half the length authorized for the parties' principal briefs. Given its substantial interest in this case, SEIU respectfully seeks leave to file the attached brief as amicus curiae.

Dated: May 22, 2025                         Respectfully submitted,

/s/ Steven K. Ury
Steven K. Ury
Elena Medina
Deborah L. Smith
Mac McMechan
Service Employees International Union
1800 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 730-7466
*Attorneys for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the First Circuit by using the ACMS system. I certify that the document will be served via ACMS on all parties or their counsel of record.

Dated: May 22, 2025                              Respectfully submitted,

/s/ Steven K. Ury
Steven K. Ury
Service Employees International Union
1800 Massachusetts Avenue NW
Washington, D.C. 20036
Tel. (202) 730-7466
