# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 25-1169

_____

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,
Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,
Defendants - Appellants.

_____

On Appeal from the United States District Court
for the District of Massachusetts

---

## MOTION FOR LEAVE TO ENTER LATE APPEARANCES ON BEHALF OF PLAINTIFFS-APPELLEES O. DOE, BRAZILIAN WORKER CENTER, AND LA COLABORATIVA

---

Pursuant to Rules 12 and 27 of the Federal Rules of Appellate Procedure, and the corresponding Local Rules of this Court, the undersigned counsel, as attorneys for Plaintiffs-Appellees O. Doe, Brazilian Worker Center, and La Colaborativa, request leave to enter late appearances on behalf of Plaintiffs-Appellees. Proposed Notices of Appearance for the undersigned counsel are attached hereto as Exhibit A.

1

Respectfully submitted,

*/s Jacob M. Love*
Oren M. Sellstrom (CA1 #1172527)
Ivan E. Espinoza-Madrigal (CA1 #1171237)
Jacob M. Love (CA1 #1203905)
Mirian Albert (CA1 #1204131)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(857) 264-0416
jlove@lawyersforcivilrights.org

*Counsel for Plaintiffs-Appellees*

Dated: May 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jacob M. Love*
Oren M. Sellstrom (CA1 #1172527)
Ivan E. Espinoza-Madrigal (CA1 #1171237)
Jacob M. Love (CA1 #1203905)
Mirian Albert (CA1 #1204131)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(857) 264-0416
jlove@lawyersforcivilrights.org

*Counsel for Plaintiffs-Appellees*