# United States Court of Appeals
## *for the*
# First Circuit

Case Nos. 25-1169 & 25-1170

Case No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER, LA COLABORATIVA,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,

*Defendants-Appellants.*

*(For Continuation of Caption See Inside Cover)*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**MOTION FOR LEAVE TO FILE AMICUS BRIEF OF PROFESSOR ADAM ROTHMAN IN SUPPORT OF PLAINTIFFS-APPELLEES**

VINCENT LEVY
HANNAH BARTLETT
425 Lexington Avenue, 14th Floor
New York, New York 10017
(646) 837-5151

*Counsel for Amicus Curiae Professor Adam Rothman*

COUNSEL PRESS   (800) 4-APPEAL • (381862)

Case No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State, US DEPARTMENT OF HOMELAND SECURTY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURTY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

*Defendants-Appellants.*

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Professor Adam Rothman respectfully moves for leave to file the accompanying *amicus curiae* brief in support of Plaintiffs-Appellees. *Amicus* is a Georgetown history professor with expertise in United States' history from the Revolution through the Civil War. *Amicus*'s brief provides a detailed account of the history of the Fourteenth Amendment relevant to understanding the Citizenship Clause.

The brief complies with Federal Rule of Appellate Procedure 29(a)(5) because it contains fewer than 6,500 words—half the length authorized for the parties' principal briefs. Given his interest in this case, Professor Rothman respectfully seeks leave to file the attached brief as *amicus curiae*.

Respectfully submitted,

*/s/ Vincent Levy*
Vincent Levy
(646) 837-5120
Hannah Bartlett
(646) 837-8424
425 Lexington Avenue
New York, New York 10017

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limit of Federal Rule of Appellate Procedure 29(a)(5) because it is 101 words. The brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Microsoft Word in Century Schoolbook 14-point font, a proportionally spaced typeface.

Dated: May 28, 2025                                    /s/   *Vincent Levy*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

Dated: May 28, 2025                                    /s/   *Vincent Levy*