# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1169, 25-1170     **Short Title:** State of New Jersey et al. v. Tr

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Professor Erika Lee, Professor Paul Finkelman, and Professor Gabriel J. Chin     as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Neel Chatterjee
Signature

May 28, 2025
Date

Neel Chatterjee
Name

Goodwin Procter LLP
Firm Name (if applicable)

(650) 752 3100
Telephone Number

601 Marshall Street
Address

Fax Number

Redwood City, CA 94063
City, State, Zip Code

NChatterjee@goodwinlaw.com
Email (required)

Court of Appeals Bar Number: 119462

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes     Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).