# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1169 & 25-1170     **Short Title:** Doe, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Secure Families Initiative _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/ Anna M. Baldwin                      5/29/2025
Signature                               Date

Anna M. Baldwin
Name

Campaign Legal Center                   (202) 736-2200
Firm Name (if applicable)               Telephone Number

1101 14th St. NW, Ste. 400              (202) 736-2222
Address                                 Fax Number

Washington, DC 20005                    abaldwin@campaignlegalcenter.org
City, State, Zip Code                   Email (required)

Court of Appeals Bar Number: 1173790

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes    Court of Appeals No. 25-1158, 25-1170, 25-1200

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).