# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1169 & 25-1170     **Short Title:** Doe, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Immigration Lawyers Association                                                        as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Douglas R. Jensen
Signature

5/30/2025
Date

Douglas R. Jensen
Name

Sher Tremonte LLP
Firm Name (if applicable)

212-300-7504
Telephone Number

90 Broad Street
Address

212-202-4156
Fax Number

New York, NY 10004
City, State, Zip Code

djensen@shertremonte.com
Email (required)

Court of Appeals Bar Number: 1217827

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes     Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).