# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1169, 25-1170     **Short Title:** Doe, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Service Employees International Union _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✓] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

_____          June, 3, 2025
Signature                                Date

Steven K. Ury
Name

Service Employees International Union    202-730-7466
Firm Name (if applicable)                Telephone Number

1800 Massachusetts Avenue, NW            202-429-5565
Address                                  Fax Number

Washington, DC 20036                     steven.ury@seiu.org
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 1217569

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).