# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1169 & 25-1170    **Short Title:** Doe, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Adam Rothman _____ as the

[ ] appellant(s)    [ ] appellee(s)    [✓] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Hannah Bartlett
Signature

6/3/2025
Date

Hannah Bartlett
Name

_____
Firm Name (if applicable)

646-837-5151
Telephone Number

425 Lexington Avenue
Address

_____
Fax Number

New York, NY 10017
City, State, Zip Code

hbartlett@hsgllp.com
Email (required)

Court of Appeals Bar Number: 1217825

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).