# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1169     **Short Title:** Doe et al. v. Trump et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Ivan E. Espinoza-Madrigal
Signature

May 28, 2025
Date

Ivan E. Espinoza-Madrigal
Name

Lawyers for Civil Rights
Firm Name (if applicable)

617-988-0624
Telephone Number

61 Batterymarch Street, 5th Fl.
Address

Fax Number

Boston, MA 02110
City, State, Zip Code

iespinoza@lawyersforcivilrights.org
Email (required)

Court of Appeals Bar Number: 1171237

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 25-1158; 25-1170

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).