## CERTIFICATE OF SERVICE

    I certify that on May 28, 2025, I electronically filed the Brief of *Amici Curiae* Kristin Collins, Gerald Neuman, and Rachel Rosenbloom in Support of Plaintiffs-Appellees and Affirmance with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all parties or their counsel are registered as ECF Filers and will be served by the CM/ECF system.

                                      */s/ Douglas E. Lieb*

                                      Douglas E. Lieb
                                      First Circuit Bar No. 1217516
                                      KAUFMAN LIEB LEBOWITZ & FRICK LLP
                                      18 East 48th Street, Suite 802
                                      New York, New York 10017
                                      dlieb@kllf-law.com
                                      (212) 660-2332 phone
                                      (646) 933-1148 fax

                                      *Counsel for* Amici Curiae *Immigration Law Scholars Kristin Collins, Gerald Neuman, and Rachel Rosenbloom*