# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1169        Short Title: O.Doe et al. v. Trump et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

see attached                                                                 as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ James J. Pastore
Signature

June 6, 2025
Date

James J. Pastore
Name

Debevoise and Plimpton LLP
Firm Name (if applicable)

+1 212-909-6000
Telephone Number

66 Hudson Blvd E
Address

Fax Number

New York, New York, 10001
City, State, Zip Code

jjpastore@debevoise.com
Email (required)

Court of Appeals Bar Number: 1216249

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**Amici Curiae Represented**

National Association for the Advancement of Colored People
The League of Women Voters
The Equal Justice Society