# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 25-1169

_____

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,

Defendants - Appellants.

No. 25-1170

_____

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES;

ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

_____

On Appeal from the United States District Court
for the District of Massachusetts

# MOTION TO WITHDRAW APPEARANCE ON BEHALF OF PLAINTIFFS-APPELLEES O. DOE, BRAZILIAN WORKER CENTER, AND LA COLABORATIVA

Pursuant to Rules 12 and 27 of the Federal Rules of Appellate Procedure, and the corresponding Local Rules of this Court, the undersigned hereby moves to withdraw as counsel for Plaintiffs-Appellees O. Doe, Brazilian Worker Center, and La Colaborativa (the "Plaintiffs-Appellees"), in the above-captioned appeals before this Court. In support of this Motion, the undersigned states that he is leaving his position at Lawyers for Civil Rights and that the Plaintiffs-Appellees will continue to be represented by counsel of record from Lawyers for Civil Rights, Oren Sellstrom, Mirian Albert, and Iván Espinoza-Madrigal.

Respectfully submitted,

/s/ *Jacob M. Love*
Jacob M. Love (CA1 #1203905)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(857) 264-0416
jlove@lawyersforcivilrights.org

*Counsel for Plaintiffs-Appellees*

Dated: June 11, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the First Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jacob M. Love*
Jacob M. Love (CA1 #1203905)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(857) 264-0416
jlove@lawyersforcivilrights.org

*Counsel for Plaintiffs-Appellees*