# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1348, 25-1170     **Short Title:** O. Doe et al. v. Trump et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Historians Martha S. Jones and Kate Masur _____ as the

[ ] appellant(s)           [ ] appellee(s)           [✓] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Richard B. Kendall
Signature

June 11, 2025
Date

Richard B. Kendall
Name

Kendall Brill & Kelly LLP
Firm Name (if applicable)

310-556-2700
Telephone Number

10100 Santa Monica Blvd., Ste. 2500
Address

310-556-2705
Fax Number

Los Angeles, CA 90067
City, State, Zip Code

rkendall@kbkfirm.com
Email (required)

Court of Appeals Bar Number: 1217642

Has this case or any related case previously been on appeal?

[ ] No           [✓] Yes     Court of Appeals No. 25-1170

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).