# CORPORATE DISCLOSURE STATEMENT
## UNDER Fed. R. App. P. 29(a)(4)(A)

Pursuant to Fed. R. App. P. 29(a)(4)(A), I certify that the American Immigration Lawyers Association is a non-profit organization that does not have a parent corporation or issue stock. Consequently, there exists no publicly held corporation which owns 10% or more of stock.

Dated: May 30, 2025                                  */s/ Jonathan T. Weinberg*
                                                     Jonathan T. Weinberg