## FRAP RULE 29 STATEMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), undersigned counsel for *Amici Curiae* states that no counsel for the parties authored this brief in whole or in part, and no party, party's counsel, or person or entity other than *Amici Curiae* or its counsel contributed money that was intended to fund the preparing or submitting of this brief.

/s/ Reena Parikh
Reena Parikh
*Counsel for Amici Curiae*

Date: May 28, 2025

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1(a) and 29(a)(4)(A), *amici* submit the following corporate disclosure statements:

*Amici curiae*, listed in Appendix A, are private, non-profit organizations. *Amici* do not have parent companies, and no publicly held company holds more than 10% of the stock in any *amici* or has a direct financial interest in the outcome of the litigation.

i