## INTEREST OF AMICUS CURIAE[1]

*Amicus* is a Georgetown history professor with expertise in U.S. history from the Revolution through the Civil War. *Amicus* has an interest in ensuring that the Fourteenth Amendment is interpreted in a manner consistent with its history.

## SUMMARY OF THE ARGUMENT

For over 100 years, the Fourteenth Amendment's Citizenship Clause granted birthright citizenship to all persons born in the United States, regardless of their parents' circumstances. But in January 2025, the President issued an executive order that sought to abolish this right for certain immigrants. Because the executive order relies on a definition of birthright citizenship that conflicts with the Fourteenth Amendment's text and history, it is unconstitutional.

In the early years of the Republic, it was well understood that the United States adopted the English common-law definition of birthright citizenship, referred to as *jus soli* citizenship. To determine *jus soli* citizenship, the *only* relevant inquiry was whether the child was born

---

[1] No counsel of any party to this proceeding authored any part of this brief. No party or party's counsel, or person other than amicus and its counsel, contributed money to the preparation or submission of this brief.

1