# United States Court of Appeals
## For the First Circuit

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in their official capacity as Commissioner of Social Security,

Defendants - Appellants.

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in their official capacity as Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

**CALENDARING NOTICE**

Issued: June 17, 2025

This case is presently scheduled to be called for oral argument on **Friday, August 1, 2025, at 3:00 p.m. in Boston, MA** in the Panel Courtroom at the Moakley Courthouse, 7th Floor. There will be no continuance except for grave cause.

The court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within two weeks of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

**Arguing counsel must arrive at least 15 minutes before court convenes and should proceed directly to the courtroom and check in with the courtroom deputy.** When entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: GENERAL ORDER 22-1.

Only attorneys and students practicing under 1st Cir. R. 46.0(f) should sit at counsel table; absent permission from the court, clients should be seated in the audience. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mirian Albert
Anna Marks Baldwin
Hannah Bartlett
Gerard J. Cedrone
Robert Seungchul Chang
Indra Neel Chatterjee
Edgar Chen
Lori Chen
Jared B. Cohen
Cody C. Coll
Colleen Connors
Pietro Alfredo Conte
Matt A. Crapo
Ari Cuenin
Chester S. Dubov
Shankar Duraiswamy
Ivan E. Espinoza-Madrigal
Jeremy Feigenbaum
Wendy Mengwen Feng
Kalikoonalani Diara Fernandes
Leah Belaire Foley
Mark R. Freeman
Abraham R. George
Leonard Giarrano IV
Neil Giovanatti
Jeremy Girton
Brianne J. Gorod
James Grayson
Matthew William Grieco
Jonathan Hacker
Viviana Maria Hanley
Toni L. Harris
Whitney D. Hermandorfer
Bradley Hinshelwood
Leonard W. Houston
Christopher David Hu
Douglas Jensen
Gabe Johnson-Karp
Melvin Jones Jr.
Vanessa L. Kassab
John C. Keller

Richard B. Kendall
Adam D. Kirschner
Thomas A. Knowlton
Melissa Lee
Denise Yesenia Levey
Jessica Levin
Vincent Levy
Bethany Yue Ping Li
Douglas Edward Lieb
Donald Campbell Lockhart
Lorraine Lopez
David Scott Louk
Sean D. Magenis
Marissa Malouff
Mark Marvin
Eric Dean McArthur
R. Trent McCotter
Ryan P. McLane
Susan McMahon
Janelle Medeiros
Juan Camilo Mendez Guzman
Jonathan Benjamin Miller
Jeremiah Morgan
Daniel Paul Mosteller
Ester Murdukhayeva
Michael Louis Newman
William J. Olson
Reena Parikh
James J. Pastore Jr.
James Matthew Rice
Jonathan T. Rose
Katherine Connolly Sadeck
Oren McCleary Sellstrom
Stephanie M. Service
Brett Allen Shumate
Heidi Parry Stern
Shannon Wells Stevenson
Judd E. Stone II
Sharon Swingle
Stephanie De Marisco Thomas
William M. Tong
Delbert Tran
Irina Trasovan
Natalie Tsang
Steven Ury
Caroline S. Van Zile

George W. Vien
Elizabeth R. Walsh
Jonathan Weinberg
Derek Weiss
Annabelle Cathryn Wilmott
Owen Richard Wolfe
Rubin Young