## CORPORATE DISCLOSURE STATEMENT

*Amici curiae* Service Employees International Union, American Federation of Teachers, American Federation of State, County and Municipal Employees, AFL-CIO, Communications Workers of America, National Education Association, United Farm Workers of America, and United Food and Commercial Workers International Union have no parent corporations. They have no stock, and, therefore, no publicly held company owns 10% or more of their stock.

Dated: June 17, 2025                                             Respectfully submitted,


                                                                 /s/ Steven K. Ury
                                                                 Steven K. Ury