

*State of New Jersey*

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
OFFICE OF THE SOLICITOR GENERAL
PO BOX 080
TRENTON, NJ 08625

MATTHEW J. PLATKIN
*Attorney General*

JEREMY M. FEIGENBAUM
*Solicitor General*

July 2, 2025

Anastasia Dubrovsky, Clerk
U.S. Court of Appeals, First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:    *New Jersey et al. v. Trump et al.*, Case No. 25-1170

Dear Ms. Dubrovsky:

    We write to update this Court regarding a scheduling order entered by District Judge Sorokin. *See New Jersey et al. v. Trump et al.*, Case No. 1:25-cv-10139, Doc. No. 186 (July 2, 2025). Judge Sorokin has adopted Plaintiff States' proposed briefing schedule for responding to *Trump v. CASA*, Inc., No. 24A884, 2025 WL 1773631 (U.S. June 27, 2025). That is:

- Defendants shall submit their memorandum by July 8, 2025;
- Plaintiffs shall submit their memorandum by July 15, 2025; and
- Defendants may submit a reply by July 17, 2025, at noon.

Judge Sorokin has scheduled a hearing in person on July 18, 2025, at 10:00 a.m.

                      Respectfully yours,

                      MATTHEW J. PLATKIN
                      ATTORNEY GENERAL OF NEW JERSEY

            By:   /s/  Viviana M. Hanley

                      Viviana M. Hanley
                      Deputy Attorney General

