UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATES OF NEW JERSEY and MASSACHUSETTS,
O. DOE, BRAZILIAN WORKER CENTER, et al.
    Plaintiffs-Appellees      25-1169
                                    25-1170
    Against                   25-1200

DONALD TRUMP, et al.
    Defendants

MARK MARVIN,
    Interested Party- Appellant

STATEMENT IN LIEU OF ORAL ARGUMENT

MARK MARVIN received a notice that he is scheduled for oral argument on August 1, 2025 at 3PM. Given that there are a huge number of advocates and that he at 76 years is impoverished, needing abdominal surgery, with a rickity car may not be able to arrive on time, submits this statement to supplement his previously filed brief. (F.R.C.P. 32)

RELIEF AWARDED BY THE DISTRICT COURT IS AN ABUSE OF DISCRETION BECAUSE THE PARTIES SEEKING SAID RELIEF HAVE A CONFLICT OF INTEREST IN THAT THEY SEEK BIRTHRIGHT CITIZENSHIP PRIVILEGE FOR CHILDREN FOR WHOM THEY REPUDIATE A LITERAL BIRTH RIGHT I.E. A BIRTH RIGHT TO BE

BORN ALIVE.  AS SUCH, A CONFLICT OF INTEREST MAKES IT IMPOSSIBLE FOR ANY BIRTHRIGHT FOR CITIZENSHIP TO BE PROTECTED FOR CHILDREN WHO HAVE NO BIRTH RIGHT TO BE BORN ALIVE.  THAT CONFLICT OF INTEREST MAKES IT IMPOSSIBLE FOR THIS COURT TO FORMULATE A LEGAL FINDING THAT IS LOGICAL AND ENFORCEABLE AND NOT OVERTLY HYPOCRITICAL.

A close scrutiny of plaintiffs' history reveals that there is a consistent advocacy for repudiation of any right of the fetus to be born alive as opposed to being aborted.  An aborted child has had is rights terminated with absolute prejudice and has no possible right to vote, etc.  Speaking for the aborted fetuses: "We repudiate counsel in that such counsel seeks our death by abortion which, with absolute finality,  precludes any citizenship rights."

Yours,

*[signature]*

Mark Marvin
135 Mills Road
Walden, N.Y. 12586
845-778-4693
July 07, 2025

Kindly effect service under CM/FCF                                                      (21)

Mark Marvin
135 Mills Road
Walden, N.Y. 12586



WESTCHESTER NY
9 JUL 2025  PM 3

USMS Screened

Clerk, US Court of Appeals
US Courthouse
1 Courthouse Way    Suite 2500
Boston, Mass   02210

02210-302499