**Nos. 25-1169 & 25-1170**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,

*Defendants-Appellants.*

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHU-SETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF CO-LUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MAR-YLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRAN-CISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their offi-cial capacity as Secretary of Health and Human Services; US SOCIAL

SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Massachusetts

## MOTION TO WITHDRAW AS COUNSEL

Hannah Bartlett, counsel for Amicus Curiae Adam Rothman, respectfully moves to withdraw as an attorney of record in this matter and to be terminated from the electronic docket. Good cause exists for this withdrawal because Ms. Bartlett is departing her position as a lawyer at Holwell Shuster & Goldberg, LLP, effective March 27, 2026, and will no longer be associated with this case. Amicus Curiae Adam Rothman will continue to be represented by Vincent Levy as counsel of record.

Dated:  March 25, 2026

Respectfully submitted,

Holwell Shuster & Goldberg

*/s/  Hannah Bartlett*
*HANNAH BARTLETT*
425 Lexington Avenue
14th Floor
New York, New York 10017
(646) 837-5151
hbartlett@hsgllp.com
*Counsel for Adam Rothman*

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this document contains 79 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)-(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

March 25, 2026                    /s/ *Hanna Bartlett*
                                 Hannah Bartlett

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, I electronically filed the fore-going document with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Hannah Bartlett*
Hannah Bartlett