# United States Court of Appeals
## For the First Circuit

---

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Commissioner of Social Security,

Defendants - Appellants.

---

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in the official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Commissioner of Social Security; UNITED STATES,

Defendants - Appellants.

## ORDER OF COURT

Entered: March 25, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Hannah Bartlett as counsel for Amicus Curiae Adam Rothman is granted. Attorney Bartlett is hereby withdrawn as counsel of record, and Amicus Curiae Adam Rothman will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sharon Swingle, Donald Campbell Lockhart, Leah Belaire Foley, Eric Dean McArthur, Brett Allen Shumate, Abraham R. George, Bradley Hinshelwood, Derek Weiss, Matt A. Crapo, James Matthew Rice, Ryan P. McLane, Iván E. Espinoza-Madrigal, Oren McCleary Sellstrom, Mirian Albert, Anna Marks Baldwin, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, William J. Olson, Jeremiah Morgan, Ari Cuenin, Judd E. Stone II, James J. Pastore Jr., Chester S. Dubov, Natalie Tsang, Stephanie De Marisco Thomas, Reena Parikh, Juan Camilo Mendez Guzman, Vincent Levy, Hannah Bartlett, Douglas Edward Lieb, Jonathan Weinberg, Douglas Jensen, Brianne J. Gorod, Indra Neel Chatterjee, Edgar Chen, Owen Richard Wolfe, Lori Chen, Wendy Mengwen Feng, Steven Ury, Richard B. Kendall, Jonathan Hacker, Susan McMahon, Robert Seungchul Chang, Bethany Yue Ping Li, Jessica Levin, Melissa Lee, Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert K. Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine López, Marissa Malouff, Christopher David Hu, Michael Louis Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Jeremy Girton, Caroline S. Van Zile, Kaliko'onālani Diara Fernandes, Sean D. Magenis, Thomas A. Knowlton, Adam D. Kirschner, John C. Keller, Heidi Parry Stern, James Grayson, Ester Murdukhayeva, Matthew William Grieco, Daniel Paul Mosteller, Katherine Connolly Sadeck, Leonard Giarrano IV, Jonathan T. Rose, Gabe Johnson-Karp, David Scott Louk, Mark R. Freeman, Jonathan Benjamin Miller, Rubin Young, Mark Marvin, Melvin Jones Jr., Colleen Connors, Leonard W. Houston, Neil Giovanatti, Stephanie M. Service, Toni L. Harris, Cody C. Coll