**Nos. 25-1169 & 25-1170**

# UNITED STATE COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security,

*Defendants-Appellants.*

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF

HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security, UNITED STATES,

*Defendants-Appellants.*

_____

On Appeal from the United States District Court
For the District of Massachusetts

---

## MOTION TO APPEAR AS COUNSEL

---

Under Local Circuit Rule 12.0, the undersigned attorney for Petitioner State of Tennessee (consolidated case No. 25-1169) respectfully moves this Court to appear as counsel in the above-captioned matters. The undersigned is a member of the bar of this Court and familiar with the pending litigation, so no party would be prejudiced should this Court grant the undersigned leave to appear at this juncture. A proposed Notice of Appearance for the undersigned in the above-captioned matters is included as Attachment A to this motion.

May 6, 2026

Respectfully submitted,
JONATHAN SKRMETTI
*Attorney General of Tennessee*


/s/ *Madeline W. Clark*
MADELINE W. CLARK
*Principal Deputy Solicitor General*
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 253-0144
Madeline.clark@ag.tn.gov

*Counsel for the State of Tennessee*

**CERTIFICATE OF COMPLIANCE**

1.      This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this document contains 84 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)-(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

May 5, 2026

/s/ *Madeline W. Clark*
Madeline W. Clark

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

May 6, 2026                                                  /s/ *Madeline W. Clark*
                                                            Madeline W. Clark