# United States Court of Appeals
## For the First Circuit

_____

**NOTICE OF APPEARANCE**

**No.** 25-1169 and 25-1170   **Short Title:** Doe, et al. v. Trump, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Tennessee _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Madeline W. Clark _____     5/6/2025 _____
Signature                                                      Date

Madeline W. Clark _____
Name

Office of Tennessee Attorney General ____     615-253-0144 _____
Firm Name (if applicable)                                 Telephone Number

P.O. Box 20207 _____     615-741-2009 _____
Address                                                           Fax Number

Nashville, TN 37202-0207 _____     madeline.clark@ag.tn.gov _____
City, State, Zip Code                                   Email (required)

Court of Appeals Bar Number: 1214125 _____

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1169 and other consolidated cases _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).