**Nos. 25-1169 & 25-1170**

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in the official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; US SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Commissioner of Social Security,

*Defendants-Appellants.*

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

DONALD J. TRUMP, in the official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in the official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND

HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; FRANK J. BISIGNANO, in the official capacity as Acting Commissioner of Social Security, UNITED STATES,

*Defendants-Appellants.*

On Appeal from the United States District Court
For the District of Massachusetts

## MOTION TO WITHDRAW AS COUNSEL

James Matthew Rice, counsel for Amicus Curiae the State of Tennessee, respectfully moves to withdraw as an attorney of record in this matter and to be terminated from the electronic docket. Good cause exists for this withdrawal because Mr. Rice is departing his position at the Office of the Tennessee Attorney General and will no longer be associated with this case. Amicus Curiae the State of Tennessee will continue to be represented by Madeline W. Clark as counsel of record.

DATED:  May 9, 2026                    Respectfully submitted,


                                       JONATHAN SKRMETTI
                                       *Attorney General of Tennessee*

                                       /s/ James Matthew Rice
                                       JAMES MATTHEW RICE
                                       *Solicitor General*

                                       Tennessee Attorney General's Office
                                       P.O. Box 20207
                                       Nashville, Tennessee 37202
                                       (615) 532-6026
                                       Matt.rice@ag.tn.gov

**CERTIFICATE OF COMPLIANCE**

1.    This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because this document contains 80 words.

2.    This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)-(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.


May 9, 2026                                        /s/ James Matthew Rice
                                                        James Matthew Rice

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ James Matthew Rice

James Matthew Rice